IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J. O. HOUSE                              *
and HEATH & HOUSE                        *
CONSTRUCTION CO., INC.,                  *
                                         *
         Plaintiffs,                     *
                                         *
vs.                                      *          No. 3:06cv0067 SWW
                                         *
                                         *
                                         *
CONSECO INSURANCE GROUP,                 *
                                         *
         Defendant.                      *

<u>ORDER</u>

The motions [doc.#'s 7,8,9] of Charles E. Griffin, Jacob M. Jenkins, and Howard R.

Brown for leave to appear *pro hac vice* as counsel for Conseco Insurance Group are hereby

granted.

IT IS SO ORDERED this 27th day of April, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE

Dockets.Justia.com