IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J. O. HOUSE                         *
and HEATH & HOUSE                   *
CONSTRUCTION CO., INC.,             *
                                    *
            Plaintiffs,             *
                                    *
vs.                                 *     No. 3:06cv0067 SWW
                                    *
                                    *
                                    *
CONSECO INSURANCE GROUP,            *
                                    *
            Defendant.              *

## ORDER

The joint motion [doc.#37] for an extension of until and including July 15, 2007, in which to complete discovery and file dispositive motions is hereby granted.

IT IS SO ORDERED this 9th day of April 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE