IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| J. O. HOUSE | * | |
| and HEATH & HOUSE | * | |
| CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 3:06cv0067 SWW |
| | * | |
| | * | |
| | * | |
| CONSECO INSURANCE GROUP, | * | |
| | * | |
| Defendant. | * | |

ORDER

Without objection, the motion [doc.#44] of Conseco Insurance Group for a continuance of the trial setting and all related deadlines (including discovery) is hereby granted. The Court will issue an amended scheduling order in due course.

IT IS SO ORDERED this 16th day of July 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE