IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| J. O. HOUSE <br> and HEATH & HOUSE <br> CONSTRUCTION CO., INC., <br><br> Plaintiffs, <br><br> vs. <br><br><br> CONSECO INSURANCE GROUP, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> *      No. 3:06cv0067 SWW <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Defendant's unopposed oral request for an extension of until and including April 2, 2008, in which to respond to plaintiffs' motion to compel is hereby granted.

IT IS SO ORDERED this 27th day of March 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE