IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| J. O. HOUSE | * | |
| and HEATH & HOUSE | * | |
| CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 3:06cv0067 SWW |
| | * | |
| | * | |
| | * | |
| CONSECO INSURANCE GROUP, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Defendant's unopposed request for an extension of until and including April 28, 2008, in which to file a reply in support of its cross motion to compel discovery is hereby granted.

IT IS SO ORDERED this 24th day of April 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE