IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J.O. HOUSE
and HEATH & HOUSE
CONSTRUCTION CO., INC.                                                              PLAINTIFFS

VS.                                                          CIVIL ACTION NO. **3:06-CV-00067-SWW**

CONSECO INSURANCE GROUP                                                              DEFENDANT

## ORDER EXTENDING MOTION DEADLINE

THIS MATTER having come before the Court on the Unopposed Motion of Defendant Conseco Life Insurance Company (Document #79) to extend the motion deadline in this matter to June 2, 2008, and the Court, noting that there is no objection to said Motion, finds that same is well taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, it is hereby ordered and adjudged the motion deadline in this matter be extended to June 2, 2008.

SO ORDERED this the 2nd day of May, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
s/Charles E. Griffin
Charles E. Griffin
Jacob M. Jenkins
ATTORNEYS FOR CONSECO
LIFE INSURANCE COMPANY