IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| J. O. HOUSE | * | |
| and HEATH & HOUSE | * | |
| CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 3:06cv0067 SWW |
| | * | |
| | * | |
| | * | |
| CONSECO INSURANCE GROUP, | * | |
| | * | |
| Defendant. | * | |

ORDER

The joint motion of the parties [doc.#94] for an extension of time to file their respective

Pretrial Disclosure Sheets pending a ruling on the parties' motions to compel (which will be

addressed during a telephone conference at 1:30 p.m. on Friday, June 27, 2008) is hereby

granted.  The parties' Pretrial Disclosure Sheets are now due on or before Tuesday, July 8, 2008.

The motion of plaintiffs [doc.#95] for an extension of until and including Friday, June 27,

2008, in which to respond to defendant's motion for summary judgment is hereby granted.[1]

        IT IS SO ORDERED this 25th day of June 2008.


        /s/Susan Webber Wright

        UNITED STATES DISTRICT JUDGE

---

[1] The motion requests until Friday, June 17, 2008, but the Court assumes this is a typo and that the motion meant to request an extension of until and including Friday, June 27, 2008, in which to respond.