IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

J. O. HOUSE                                          *
and HEATH & HOUSE                                    *
CONSTRUCTION CO., INC.,                              *
                                                     *
                        Plaintiffs,                  *
                                                     *
vs.                                                  *        No. 3:06cv0067 SWW
                                                     *
                                                     *
                                                     *
CONSECO INSURANCE GROUP,                             *
                                                     *
                        Defendant.                   *

ORDER

Without objection, the time for defendant to file a response to plaintiffs' motion to

compel [doc.#115] is hereby extended to and including Monday, December 8, 2008.


IT IS SO ORDERED this 4th day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE