IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| J. O. HOUSE | * | |
| and HEATH & HOUSE | * | |
| CONSTRUCTION CO., INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 3:06cv0067 SWW |
| | * | |
| | * | |
| | * | |
| CONSECO INSURANCE GROUP, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Having been advised that the parties have resolved their discovery dispute, plaintiffs' motion to compel [doc.#115] is hereby denied as moot.

IT IS SO ORDERED this 11th day of December 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE